# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALLEN BENNET, Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD A. HULICK | ) | CIVIL NO. 09-cv-175-DRH |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Petitioner, currently incarcerated in the Menard Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his confinement. Specifically, Petitioner challenges five disciplinary actions that resulted in the loss of good conduct credit. Petitioner contends that he was denied due process of law in connection with these disciplinary actions and, if the good conduct credits had not been revoked, he would be entitled to immediate release from confinement. Petitioner also seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 4) and to amend his habeas petition (Doc. 5).

Petitioner's motion to proceed *in forma pauperis* (Doc. 4) is **GRANTED**.

Because Respondents have not filed a response to the petition, Petitioner's motion to file an amended petition is **GRANTED.**

**IT IS HEREBY ORDERED** that Respondents shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.

Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts. This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.

**IT IS SO ORDERED**.

**DATED:** May 5, 2009.

/s/ David R Herndon
**DISTRICT JUDGE**