# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ALLEN BENNETT,**

Petitioner,

v.

**DAVE REDNOUR,**

Respondent.                                                   No.  09-CV-175-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on February 14, 2012, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.---------------------------------------------------------------------------

                                    **NANCY J. ROSENSTENGEL,**
                                    **CLERK OF COURT**


                            **BY:**      **/s/*Sandy Pannier***
                                       **Deputy Clerk**

Dated: February 15, 2012

                                    David R. Herndon
                                    2012.02.15
                                    13:42:00 -06'00'
APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT